UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

Smith,

                Plaintiff,        07 Civ. 7174 (JGK)

    - against -          ORDER

Conway

                Defendant.
---

JOHN G. KOELTL, District Judge:

    The petitioner should respond to the state's opposition to the petitioner's request to stay by **November 2, 2007**.

    The respondent's time to respond to the petition is extended to **December 17, 2007**, after the Court has had an opportunity to consider the motion to stay. The petitioner's reply is due **January 3, 2008**.

SO ORDERED.

Dated:   New York, New York
          October 19, 2007

                                    John G. Koeltl
                              United States District Judge