UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Smith,

            Plaintiff,      07 Civ. 7174 (JGK)

- against -      ORDER

Conway

            Defendant.

JOHN G. KOELTL, District Judge:

The petitioner should respond to the state' pre-Answer motion to dismiss by Monday, **January 14, 2008.**

The respondent's reply is due Monday, January 29, 2008.

SO ORDERED.

Dated:   New York, New York
         December 12, 2007

                              John G. Koeltl
                              United States District Judge