

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
ANDRE SMITH,

                Petitioner,         07 **CIVIL** 7174 (JGK)

   -against-                                 **JUDGMENT**

JAMES T CONWAY,

                Respondent.         **SCANNED**
-------------------------------------------------------X

A petition for habeas corpus pursuant to U.S.C. § 2254 having been submitted to the Honorable John G Koeltl, United States District Judge, and the Court, on June 24, 2008 having rendered its Opinion & Order dismissing the petition for a writ of habeas corpus, and closing the case, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated June 24, 2008, the petition for a writ of habeas corpus is denied; accordingly, the case closed, because petitioner has not made a substantial showing of the denial of a constitutional right.

**DATED:** New York, New York
           June 25, 2008

                                                **J. MICHAEL McMAHON**
                                                    Clerk of Court

                                      BY:
                                                       Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____